DANIEL G. BOGDEN
United States Attorney
District of Nevada

KRYSTAL J. ROSSE
Assistant United States Attorney
Nevada Bar No. 11573
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *krystal.rosse@usdoj.gov*

*Attorneys for the United States.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STUART M. SOBEK,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:15-cv-01937-APG-GWF |

### MOTION TO STAY PROCEEDINGS PENDING COMPROMISE SETTLEMENT

Federal Defendant United States of America respectfully requests this Court enter a forty-five (45) day stay until March 21, 2016, of all proceedings and deadlines, including all motion and discovery deadlines, in order to allow the parties to finalize the terms of a settlement agreement and to execute and enter a Stipulation to Dismiss with Prejudice.

In support of this motion, the United States submits as follows:

1. Over the past month, the parties have been in negotiations, and have recently agreed in principal to a compromise settlement which will resolve all outstanding claims between the parties. Documents supporting this settlement are being prepared.

2.	Courts have broad discretion to stay proceedings for a limited time. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *see also Clinton v. Jones*, 520 U.S. 681, 706 (1997) (courts have broad discretion in the management of cases, including the setting of cases for trial).

3.	A Proposed Discovery Plan and Scheduling Order is currently due February 4, 2016. Granting a forty-five (45) day stay of the proceedings and deadlines in this matter to allow the parties to complete the necessary actions to conclude their settlement agreement is both in the interest of the parties and is also in the interest of preserving judicial resources.

4.	The instant motion is filed in good faith and not for the purposes of delay.

For the above reasons, the United States respectfully requests this Court grant a forty-five (45) day stay until March 21, 2016, of the proceedings and deadlines in this matter.

Respectfully submitted this 4th day of February 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Krystal J. Rosse*
KRYSTAL J. ROSSE
Assistant United States Attorney

IT IS SO ORDERED.

GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: February 5, 2016

2

**PROOF OF SERVICE**

I, Krystal J. Rosse, certify that the following individual was served with the **MOTION TO STAY PROCEEDINGS PENDING COMPROMISE SETTLEMENT** on this date and by the below identified method of service:

**U.S. Mail:**

Stuart M. Sobek
9309 Queen Charlotte Drive
Las Vegas, Nevada 89145-8709

*Pro se Plaintiff*

Dated this 4th day of February 2016.

                                               */s/ Krystal J. Rosse*
                                               KRYSTAL J. ROSSE
                                               Assistant United States Attorney